

SUMMARY DISPOSITION ORDER

Affirmed.

■

389 P.3d 132

**June T. AOYAGI, Plaintiff-Appellant,**

**v.**

**Estate of Cindy Hatsue AOYAGI, Glenn Yoshio Ota, Janis Yukie Ota, John Does 1-5, Jane Does 1-5, Doe Corporations 1-5, Doe Partnerships 1-5, Doe Non-Profit Organizations 1-5 And Doe Governmental Agencies 1-5, Defendants-Appellees**

**NO. CAAP-14-0000143**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
January 20, 2017.

APPEAL FROM THE CIRCUIT COURT
OF THE FIRST CIRCUIT

(CIVIL NO. 10-1-2560-11 (JHC))

SUMMARY DISPOSITION ORDER

Affirmed.

■

389 P.3d 132

**STATE of Hawai'i, Plaintiff-Appellee,**

**v.**

**Lee MAGNO, Defendant-Appellant**

**NO. CAAP-15-0000483**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
January 20, 2017.

APPEAL FROM THE CIRCUIT COURT
OF THE SECOND CIRCUIT

(CR. NO. 14-1-0735(3))

SUMMARY DISPOSITION ORDER

Affirmed.

■

389 P.3d 132

**Thomas GRANDE, Appellant-Appellee,**

**v.**

**Henry ENG, Director, City and County of Honolulu Department of Permitting and Planning; City and County of Honolulu, Department of Permitting and Planning, Appellees-Appellees,**

and

**Miguel Ramirez and Valerie Ramirez; State of Hawai'i Department of Land and Natural Resources, Appellees-Appellants,**

and

**John Does 1-10, Jane Does 1-10, Doe Corporations 1-10, Doe Partnerships 1-10, and Doe Governmental Entities 1-10, Appellees**

**NO. CAAP-13-0000097**

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
January 20, 2017.

APPEAL FROM THE CIRCUIT COURT
OF THE FIRST CIRCUIT

(CIVIL NO. 08-1-1604-08 (KKS))